## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF KENTUCKY

In Re: JUANITA TINDALL                                   Case No: 10-30687

      Debtor(s)

## <u>NOTICE OF WITHDRAWAL</u>

Comes the Trustee, William W. Lawrence and notes that  the document number **39** is hereby withdrawn.

<u>/s/ William W. Lawrence</u>
WILLIAM W. LAWRENCE, TRUSTEE
310 Republic Plaza
200 S. 7th Street
Louisville, KY 40202
(502)581-9042